IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Rice, Corey

Printed: 11/25/08

Case Number:  08 B 11734
Judge: Squires, John H
Filed: 5/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 8, 2008
Confirmed: July 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,040.70 |  |
| Secured: |  | 335.04 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,507.34 |
| Trustee Fee: |  | 198.32 |
| Other Funds: |  | 0.00 |
| Totals: | 3,040.70 | 3,040.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 2,507.34 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 6. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 7. | DaimlerChrysler Financial | Secured | 3,482.79 | 287.04 |
| 8. | Oak Trust Credit Union | Secured | 814.57 | 48.00 |
| 9. | Chase Home Finance | Secured | 12,015.96 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 327.44 | 0.00 |
| 11. | Cook County Treasurer | Unsecured | 0.00 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 432.01 | 0.00 |
| 13. | Loyola University Phys Foundation | Unsecured | 487.05 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 502.84 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 1,730.18 | 0.00 |
| 16. | A/R Concepts Inc | Unsecured |  | No Claim Filed |
| 17. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 18. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 19. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 21. | Merchant Credit Guide | Unsecured |  | No Claim Filed |
| 22. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 24. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 25. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 26. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Rice, Corey | Case Number: 08 B 11734 |
|---|---|
| | Judge: Squires, John H |
| Printed: 11/25/08 | Filed: 5/8/08 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 23,266.84 | $ 2,842.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 153.39 |
| 6.6% | 44.93 |
| | $ 198.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

